IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| Lenny M. Chapman and Tracy M. Chapman, | ) ) ) | |
| Plaintiffs, | ) ) | **ORDER RE ADMISSION PRO HAC VICE** |
| vs. | ) ) | |
| Hiland Partners, LLC, a Foreign Company, | ) ) | Case No. 1:13-cv-052 |
| Defendant. | ) | |

Before the court are motions for attorneys Robert P. Schuster and Dennis P. Wilkinson to appear *pro hac vice* on plaintiffs' behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorneys Robert P. Schuster and Dennis P. Wilkinson have affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. They have also paid the required admission fees to the office of the Clerk. Accordingly, the motions (Docket Nos. 5 and 6) are **GRANTED**. Attorneys Robert P. Schuster and Dennis P. Wilkinson are admitted to practice before this court in the above-entitled action on behalf of plaintiffs.

**IT IS SO ORDERED.**

Dated this 3rd day of May, 2013.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge