# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
### SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| Lenny M. Chapman and Tracy M. Chapman, | ) ) ) | |
| Plaintiffs, | ) ) | **ORDER RE ADMISSION PRO HAC VICE** |
| vs. | ) ) | |
| Hiland Operating, LLC, a Foreign Company, | ) ) ) | |
| Defendant and Third-Party Plaintiff, | ) ) ) | Case No. 1:13-cv-052 |
| vs. | ) ) | |
| Missouri Basin Well Service, Inc. and B&B Heavy Haul, LLC, | ) ) ) | |
| Third-Party Defendants. | ) | |

Before the court is the motion for attorney Margaret M. Clarke to appear *pro hac vice* for Defendant and Third-Party Plaintiff Hiland Operating, LLC ("Hiland"). In accordance with D.N.D. Gen. L.R. 1.3(D), attorney Margaret M. Clarke has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. She has also paid the required admission fees to the office of the Clerk. Accordingly, the motion (Docket No. 27) is **GRANTED**. Attorney Margaret M. Clarke is admitted to practice before this court in the above-entitled action on Hiland's behalf. .

**IT IS SO ORDERED.**

Dated this 16th day of July, 2013.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge