**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | |
|---|---|
| Lenny M. Chapman and Tracy M. Chapman, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> Hiland Partners GP Holdings, LLC, a Foreign ) <br> Company, Hiland Partners, LP, a Foreign ) <br> Parternership, and Hiland Operating, LLC a ) <br> Foreign Company, ) <br> ) <br> Defendants and Third-Party ) <br> Plaintiff (Hiland Operating LLC), ) <br> ) <br> vs. ) <br> ) <br> Missouri Basin Well Service, Inc., and ) <br> B&B Heavy Haul, LLC, ) <br> ) <br> Third-Party Defendants. ) | **ORDER** <br><br><br><br><br> Case No. 1:13-cv-052 |

On December 2, 2013, counsel for defendants contacted the court to schedule a conference in accordance with D.N.D. L. Civ. R. 37.1(B). In subsequent correspondence to the court dated December 4 and 9, 2013, plaintiffs and defendants outlined their discovery dispute that precipitated defendants' request.

On December 9, 2013, the court convened a conference the parties' discovery concerns. Pursuant to its discussion with the parties, the court shall conduct a hearing on December 17, 2013, at 2:00 p.m. in Bismarck (in the conference room adjacent to chambers) to address the issues raised by plaintiff and defendants in their aforementioned correspondence. Local counsel for plaintiffs and defendants shall appear personally. Out-of-state counsel for plaintiffs and defendants shall appear

1

via telephone. Counsel for third-party defendants may participate via telephone as well. The court shall initiate the conference call.

**IT IS SO ORDERED**.

Dated this 10th day of December, 2013.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court
