# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | |
|---|---|
| Lenny M. Chapman and<br>Tracy M. Chapman,<br><br>    Plaintiffs,<br><br> vs.<br><br>Hiland Operating, LLC, a Foreign Company, Hiland Partners GP Holdings, LLC, a Foreign Company, and Hiland Partners LP, a Foreign Partnership,<br><br>    Defendants and<br>    Third-Party Plaintiff<br>    (Hiland Operating, LLC)<br><br> vs.<br><br>Missouri Basin Well Service, Inc., and B&B Heavy Haul, LLC,<br><br>    Third-Party Defendants. | **ORDER SUSPENDING DISCOVERY DEADLINES AND SETTING STATUS CONFERENCE**<br><br><br><br><br><br>Case No. 1:13-cv-052 |

On December 31, 2013, the court held a telephonic status conference in the above-captioned case. Attorneys Robert P. Schuster and James R. Hoy appeared on plaintiffs' behalf. Attorneys Margaret M. Clarke and Patrick W. Durick appeared on defendants' behalf. Attorney Gordon H. Hansmeier appeared on behalf of third-party defendant B&B Heavy Haul, LLC.

Among the issues discussed, was when defendants would be required to produce documents in accordance with the court's order granting in part plaintiffs' motion to compel issued December 26, 2013. Plaintiffs requested that the court require defendants to make the disclosures by a date certain. Defendants argued that they may be unable to comply with specific deadline because they

are still receiving e-discovery on a rolling basis, and once e-discovery is complete, defendants will have hundreds of thousands of documents to review.

Given the upcoming deadline for disclosure plaintiffs' experts and plaintiffs' need to review the documents prior to making the disclosure, the court **ORDERS** all deadlines in the Scheduling Order (Docket No. 38) suspended until further order of the court. The court will hold a telephonic status conference on February 4, 2014 at 10:00 AM CST to discuss defendants' progress in disclosing the required documents and to amend the Scheduling Order as needed. A telephone number and access code for the parties to call at the scheduled time will be provided by separate email.

**IT IS SO ORDERED.**

Dated this 31st day of December, 2013.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court