**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**
**SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| Lenny M. Chapman and | ) | |
| Tracy M. Chapman, | ) | |
| | ) | |
| | ) | **ORDER SETTING DEADLINES** |
| Plaintiffs, | ) | **FOR DOCUMENT PRODUCTION** |
| | ) | |
| vs. | ) | |
| | ) | |
| Hiland Operating, LLC, a Foreign | ) | |
| Company, Hiland Partners GP Holdings, | ) | |
| LLC, a Foreign Company, and Hiland | ) | |
| Partners LP, a Foreign Partnership, | ) | |
| | ) | |
| | ) | Case No. 1:13-cv-052 |
| Defendants and | ) | |
| Third-Party Plaintiff | ) | |
| (Hiland Operating, LLC) | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Missouri Basin Well Service, Inc., and | ) | |
| B&B Heavy Haul, LLC, | ) | |
| | ) | |
| Third-Party Defendants. | ) | |

On February 4, 2014, the court held a telephonic status conference in the above-captioned case. Attorneys Robert P. Schuster and David S. Maring appeared on plaintiffs' behalf. Attorneys Margaret M. Clarke and Patrick W. Durick appeared on defendants' behalf. Attorney Gordon H. Hansmeier appeared on behalf of third-party defendant B&B Heavy Haul, LLC. Attorney Joel A. Flom appeared on behalf of third-party defendant Missouri Basin Well Service, Inc.

Among the issues discussed, was the date by which defendants will be required to produce documents responsive to plaintiffs' discovery requests. As stated during the conference call, defendants shall produce the documents as follows:

1. Defendants shall produce all documents responsive to plaintiffs' document demands on or before **March 15, 2014**, except as provided below.

2. Defendants shall produce any remaining documents from the backup tapes and the backup server (to the extent possible) on or before **March 30, 2014**.

**IT IS SO ORDERED**

Dated this 4th day of February, 2014.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court