**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| Lenny M. Chapman and Tracy M. Chapman, | ) ) ) | |
| Plaintiffs, | ) ) | **ORDER RE ADMISSION PRO HAC VICE** |
| vs. | ) ) | |
| Hiland Partners GP Holdings, LLC, et. al., | ) ) | Case No. 1:13-cv-052 |
| Defendants. | ) | |

Before the court is a motion for attorney Bradley L. Booke  to appear *pro hac vice* on plaintiffs'.  In accordance with D.N.D. Gen. L.R. 1.3(D), attorney Bradley L. Books has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline.  He has also paid the required admission fees to the office of the Clerk.  Accordingly, the  motion (Docket No. 128) is **GRANTED**.  Attorney Bradley L. Booke is admitted to practice before this court in the above-entitled action on behalf of plaintiffs.

**IT IS SO ORDERED.**

Dated this 1st day of April, 2014.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge