# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | |
|---|---|
| Lenny M. Chapman and<br>Tracy M. Chapman,<br><br>    Plaintiffs,<br><br>vs.<br><br>Hiland Operating, LLC, a Foreign Company, Hiland Partners GP Holdings, LLC, a Foreign Company, and Hiland Partners LP, a Foreign Partnership,<br><br>    Defendants and<br>    Third-Party Plaintiff<br>    (Hiland Operating, LLC)<br><br>vs.<br><br>Missouri Basin Well Service, Inc., and B&B Heavy Haul, LLC,<br><br>    Third-Party Defendants. | **ORDER GRANTING MOTION RE NEUROPSYCHOLOGICAL MATERIALS**<br><br><br>Case No. 1:13-cv-052 |

Before the court is a "Motion Regarding Neuropsychological Materials" filed April 18, 2014. The parties have agreed upon language they request to be included in an order regarding neuropsychological testing performed on plaintiff Lenny M. Chapman. The court **GRANTS** the motion (Docket No. 142) and **ORDERS** that neuropsychologists or other professionals retained by counsel as consulting experts in this case who perform neuropyschological testing on Lenny M. Chapman shall produce all raw test data and test forms associated with the testing process to their respective retaining counsel. When received by counsel, the test data and test forms shall be expeditiously produced to opposing counsel.

Dated this 21st day of April, 2014.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr., Magistrate Judge
United States District Court