## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
## SOUTHWESTERN DIVISION

| | |
|---|---|
| Lenny M. Chapman and <br> Tracy M. Chapman, <br><br>         Plaintiffs, <br><br>   vs. <br><br> Hiland Partners GP Holdings, a Foreign Company; Hiland Partners, LP, a Foreign Partnership; and Hiland Operating, LLC, a Foreign Company; <br><br>         Defendants and Third-Party <br>         Plaintiffs, <br><br>   vs. <br><br> Missouri Basin Well Service, Inc., and B&B Heavy Haul, LLC. <br><br>         Third-Party Defendants. | **ORDER RE ADMISSION** <br> **PRO HAC VICE** <br><br><br><br><br><br> Case No. 1:13-cv-052 |

Before the court are the Defendant and Third-Party Plaintiff Hiland Operating, LLC's Motions for attorneys John M. Fitzpatrick and Stephen E. Oertle to appear *pro hac vice* on its behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorneys John M. Fitzpatrick and Stephen E. Oertle have affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. They have also paid the required admission fees to the office of the Clerk. Accordingly, Hiland Operating, LLC's motions (Docket Nos. 157 & 158) are **GRANTED**. Attorneys John M. Fitzpatrick and Stephen E. Oertle are admitted to practice before this court in the above-entitled action on behalf of Hiland Operating, LLC.

**IT IS SO ORDERED.**

Dated this 5th day of May, 2014.

                                            */s/ Charles S. Miller, Jr.*
                                            Charles S. Miller, Jr.
                                            United States Magistrate Judge