**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | |
|---|---|
| Lenny M. Chapman and ) | |
| Tracy M. Chapman, ) | |
| ) | |
| ) | |
| Plaintiffs, ) | |
| ) | **ORDER GRANTING MOTION** |
| vs. ) | **FOR LEAVE TO FILE UNDER SEAL**; |
| ) | **GRANTING MOTION FOR LEAVE** |
| Hiland Operating, LLC, a Foreign ) | **TO EXCEED PAGE LIMITIATIONS** |
| Company, Hiland Partners GP Holdings, ) | |
| LLC, a Foreign Company, and Hiland ) | |
| Partners LP, a Foreign Partnership, ) | |
| ) | |
| ) | Case No. 1:13-cv-052 |
| Defendants and ) | |
| Third-Party Plaintiff ) | |
| (Hiland Operating, LLC) ) | |
| ) | |
| vs. ) | |
| ) | |
| Missouri Basin Well Service, Inc., and ) | |
| B&B Heavy Haul, LLC, ) | |
| ) | |
| Third-Party Defendants. ) | |

Before the court are "Plaintiffs' Motion for Leave to File Documents Under Seal" and "Plaintiffs' Motion for Leave to Exceed Page Limitations" filed May 28, 2014. Plaintiffs seek leave to file their memorandum in support of motion for leave to amend complaint to seek punitive damages and an accompanying affidavit under seal because the documents contain information defendants have designated as confidential. Plaintiffs also seek leave for that memorandum to exceed the D.N.D. Civ. L.R. 7.1(B) 20-page limitation due to the complexity and fact-intensive nature of the case.

For good cause shown, the court **GRANTS** Plaintiff's Motion for Leave to File Under Seal (Docket No. 164) and Plaintiffs' Motion for Leave to Exceed Page Limitations (Docket No. 166). Plaintiffs may file their memorandum in support of motion for leave to amend complaint to seek punitive damages and the accompanying affidavit of David S. Maring under seal. The memorandum may not exceed fifty (50) pages.

**IT IS SO ORDERED.**

Dated this 29th day of May, 2014.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court