# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | |
|---|---|
| Lenny M. Chapman and<br>Tracy M. Chapman,<br><br>      Plaintiffs,<br><br>  vs.<br><br>Hiland Operating, LLC, a Foreign Company, Hiland Partners GP Holdings, LLC, a Foreign Company, and Hiland Partners LP, a Foreign Partnership,<br><br><br>      Defendants and<br>      Third-Party Plaintiff<br>      (Hiland Operating, LLC),<br><br>  vs.<br><br>Missouri Basin Well Service, Inc., and B&B Heavy Haul, LLC,<br><br>      Third-Party Defendants. | **ORDER SUSPENDING<br>DISCOVERY DEADLINES**<br><br><br><br><br><br>Case No. 1:13-cv-052 |

On August 20, 2014, the court held a telephonic status conference in the above-captioned case. Attorneys Robert P. Schuster, Bradley L. Booke, David S. Maring, and James R. Hoy appeared on plaintiffs' behalf. Attorneys Steven E. Oertle and Patrick W. Durick appeared on defendants' behalf. Attorney Joel A. Flom appeared on behalf of third-party defendant Missouri Basin Well Service, Inc. Attorneys Gordon H. Hansmeier and Christopher A. Wills appeared on behalf of third-party defendant B&B Heavy Haul, LLC.

All parties agreed that, as a result of the recent settlement between plaintiffs and the Hiland defendants, the existing discovery deadlines should be suspended at this point. Accordingly, the court **ORDERS** the deadlines established in the Amended Scheduling Order (Docket No. 114)

**SUSPENDED** until further order of the court. The final pretrial conference set for January 13, 2015, and the jury trial set for January 26, 2015 will remain on the court's calendar. The court will schedule a future conference call to discuss what discovery and pretrial deadlines need to be reset in light of the remaining issues.

**IT IS SO ORDERED.**

Dated this 20th day of August, 2014.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court