**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | |
|---|---|
| Lenny M. Chapman and ) | |
| Tracy M. Chapman, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | **ORDER CANCELLING TRIAL AND** |
| vs. ) | **FINAL PRETRIAL CONFERENCE** |
| ) | **AND SETTING DISPOSITIVE** |
| Hiland Operating, LLC, a Foreign ) | **MOTIONS DEADLINE** |
| Company, Hiland Partners GP Holdings, ) | |
| LLC, a Foreign Company, and Hiland ) | |
| Partners LP, a Foreign Partnership, ) | |
| ) | |
| ) | Case No. 1:13-cv-052 |
| Defendants and ) | |
| Third-Party Plaintiff ) | |
| (Hiland Operating, LLC), ) | |
| ) | |
| vs. ) | |
| ) | |
| Missouri Basin Well Service, Inc., and ) | |
| B&B Heavy Haul, LLC, ) | |
| ) | |
| Third-Party Defendants. ) | |

On October 6, 2014, the court held a telephonic status conference to discuss what remains to be resolved in the above-captioned case. Attorneys Robert P. Schuster, Bradley L. Booke, David S. Maring, and James R. Hoy appeared on plaintiffs' behalf. Attorney Patrick W. Durick appeared on defendants' (the "Hiland Entities") behalf. Attorney Joel A. Flom appeared on behalf of third-party defendant Missouri Basin Well Service, Inc. ("Missouri Basin").

The parties agreed that as a result of the settlement between plaintiffs and the Hiland Entities and the issuance of the court's order granting Third-Party Defendant B&B Heavy Haul's motion for summary judgment, the remaining issues will likely be resolved by motion. Accordingly, the Jury Trial set for January 26, 2015 and the Final Pretrial Conference set for January 13, 2015 are

**CANCELLED**, and it is **ORDERED** that the remaining dispositive motions shall be filed <u>within 10 days</u> of Missouri Basin receiving a copy of the settlement documents.

**IT IS SO ORDERED.**

Dated this 6th day of October, 2014.

>  */s/ Charles S. Miller, Jr.*
> Charles S. Miller, Jr., Magistrate Judge
> United States District Court